THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES VAN NEWKIRK, Appellant, against JOHN F. MCNEILL, as Director of Matteawan State Hospital, Respondent.— Order dismissing a writ of habeas corpus and remanding appellant to the custody of respondent affirmed, without costs. The commitment, made pursuant to the provisions of sections 658, *et seq.* of the Code of Criminal Procedure, was valid on its face (*People ex rel. Cunningham* v. *McNeill*, 281 App. Div. 845, affd. 306 N. Y. 645, certiorari denied 347 U. S. 908) and appellant failed to sustain the burden of establishing that he was no longer incapable of understanding the charge against him or of making his defense thereto. (Code Crim. Pro., § 662-b.) Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ., concur.

■

JERRY ROSENBERG, Individually and as Administrator of the Estate of LILYAN ROSENBERG, Deceased, Respondent, v. SYDNEY D. WESTON, Appellant, et al., Defendant.— In an action to recover damages for wrongful death and for conscious pain and suffering, alleged to have resulted from malpractice, for breach of contract and for expenses and loss of services, the appeal is from an order (1) denying appellant's motion to preclude respondent from giving evidence at the trial with respect to matters set forth in appellant's demand for a bill of particulars, and to modify respondent's notice to examine appellant before trial so that respondent be required to serve a bill of particulars before the examination, and (2) extending respondent's time to serve his bill of particulars until twenty days after completion of the examination. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

■

SEALTITE MANUFACTURING CORP., Respondent, v. JANSA WOODWORKING CORP., Appellant.— Jansa Woodworking Corp. commenced two actions in the Municipal Court of the City of New York; one for return of security in conjunction with a lease which never went into effect because of a fire and the other for return of security of a prior lease, and for other relief. Sealtite Manufacturing Corp. commenced a subsequent action in the Supreme Court, Kings County, seeking damages for injuries to personal property, alleging that Jansa Woodworking Corp. caused a fire on the premises. Order granting motion of Sealtite Manufacturing Corp. to consolidate the Municipal Court actions with its Supreme Court action reversed, with $10 costs and disbursements, and motion denied, without prejudice to a new application setting forth facts showing its action to be meritorious. The vague and general allegations contained in the complaint in the Supreme Court action and the failure to set forth in support of the motion any facts which would indicate merit, leaves the application for consolidation subject to the suspicion that the Supreme Court action was instituted solely to delay the trial of the Municipal Court actions and to wrench from Jansa Woodworking Corp. its right to open and close in those actions. Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ., concur.